JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Honn San,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-01831-BAK (SKO)<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 16) |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 2-day extension of time, from August 29, 2022 to August 31, 2022, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's third request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR).  A review of the records received shows

1

1  Counsel has received at least 50 CARs, the majority of which were filed in June
2  2022.
3       Additionally, for the weeks of August 29, 2022 and September 5, 2022,
4  Counsel currently has 15 merit briefs, and several letter briefs and reply briefs.
5  Additional time is needed to thoroughly brief this matter for the Court.
6       Defendant does not oppose the requested extension.  Counsel apologizes to
7  the Defendant and Court for any inconvenience this may cause.

                                     Respectfully submitted,

Dated:      August 18, 2022     PENA & BROMBERG, ATTORNEYS AT LAW


                           By: */s/ Jonathan Omar Pena*
                               JONATHAN OMAR PENA
                               Attorneys for Plaintiff



Dated: August 18, 2022          PHILLIP A. TALBERT
                                United States Attorney
                                PETER K. THOMPSON
                                Acting Regional Chief Counsel, Region IX
                                Social Security Administration


                           By:  **/s/ Elizabeth Kathleen Yates Landgraf*
                                Elizabeth Kathleen Yates Landgraf
                                Special Assistant United States Attorney
                                Attorneys for Defendant
                                (*As authorized by email on August 18, 2022)

# **ORDER**

Based upon the foregoing stipulation of the parties (Doc. 16), and for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 31, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 9) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **August 19, 2022**              /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE