# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONN SAN,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:21-cv-01831-CDB<br><br>ORDER FOR EXTENSION OF TIME *NUNC PRO TUNC* FOR DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 20) |

Based on the parties' representations in a stipulation filed October 13, 2022 (ECF No. 20) seeking to extend Defendant's time to respond to Plaintiff's Motion for Summary Judgment (ECF No. 18.), and for good cause shown,

IT IS HEREBY ORDERED that Defendant's response to Plaintiff's Motion shall be filed on or before November 4, 2022.

IT IS SO ORDERED.

Dated:   __**October 17, 2022**__                    _____
                                                                                UNITED STATES MAGISTRATE JUDGE

1